Roy E. Anderson, Plaintiff-Appellee, v. William Elden and Jennie Long, Defendants-Appellants.

Gen. Nos. 69-8, 69-140. (Consolidated.) (Abstract of Decision.)

Second District.

June 29, 1970.

Rehearing denied July 30, 1970.

William Elden, of Chicago, for appellants; Carbary, Carbary and Chapski, of Elgin, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.